Donta Ledeal Kyle
_____
FULL NAME

_____
COMMITTED NAME (if different)

Mule Creek State Prison
_____
FULL ADDRESS INCLUDING NAME OF INSTITUTION

P.O. Box: 409020 Ione, Calif. 95640.
_____

#G-09695
_____
PRISON NUMBER (if applicable)

FILED
CLERK, U.S. DISTRICT COURT

NOV 19 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

*Related ADJ*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Donta Ledeal Kyle

                                    PLAINTIFF,

        v.

L.A.D.P., Harris Corporation,City
of Los Angeles, Darnisha Hardmen,
~~and~~ Gary Sproull, Deandre sims DEFENDANT(S).

CASE NUMBER

CV19-09906-PA-SHK

*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*

☐ 42 U.S.C. § 1983
☒ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1.  Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes   ☐ No

2.  If your answer to "1." is yes, how many?   _____1_____

    Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)  **Same facts stated in this one.**

RECEIVED
CLERK,U.S. DISTRICT COURT

NOV 18 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

a. Parties to this previous lawsuit:
Plaintiff   **Donta Ledeal Kyle**

Defendants   **LAPD, City of Los Angeles and Harris Corporation**

b. Court   **Eastern District of California.**

c. Docket or case number   **2:19-CV-01720-TLN-AC.**

d. Name of judge to whom case was assigned   **Troy L. Nunley**

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?)   **Dismissed as frivilous**

f. Issues raised:   **Violation of my Constitutional Rights to privacy in my Fourth Amendment.**

g. Approximate date of filing lawsuit:   **9-3-19.**

h. Approximate date of disposition   **10-2-19.**

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?  ☒ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes   ☒ No

If your answer is no, explain why not   **I checked with CDC and they made it clear they knew nothing about this stingray device.**

3. Is the grievance procedure completed? ☐ Yes   ☐ No

If your answer is no, explain why not   **See above.**

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff   **Donta Kyle**
(print plaintiff's name)
who presently resides at **Mule Creek State Prison P.O. Box: 409020 Ione, Calif. 95640.**
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
**Mule Creek State Prison**
(institution/city where violation occurred)

on (date or dates) __10-3-2016__          __10-3-2016__          __10-3-2016__
                        (Claim I)                (Claim II)               (Claim III)

NOTE:     You need not name more than one defendant or allege more than one claim. If you are naming more than
          five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.   Defendant   __L.A.P.D._____   resides or works at
                  (full name of first defendant)

                  _____
                  (full address of first defendant)
                  __City Official__
                  (defendant's position and title, if any)

     The defendant is sued in his/her (Check one or both): ☑ individual   [ ] official capacity.

     Explain how this defendant was acting under color of law:
     __The L.A.P.D. Detective "Patrick Flaherty" #32266 voice our speaker of TV__
     __said 2016 if I told on murderer I'd go free. "I declined."__

2.   Defendant   __Harris Corporation_____   resides or works at
                  (full name of first defendant)
                  __1025 W. Nasa Blvd., Melbourne, Florida 32919.__
                  (full address of first defendant)
                  __Manufacture of this invasive device.__
                  (defendant's position and title, if any)

     The defendant is sued in his/her (Check one or both): ☑ individual   [ ] official capacity.

     Explain how this defendant was acting under color of law:
     __They created this device with reckless disregard for the Constitution and__
     __the abilities such as "seeing thoughts" and "collecting memories" is clearly__
     __a violation of the U.S. Constitution.__

3.   Defendant   __City of Los Angeles._____   resides or works at
                  (full name of first defendant)

                  _____
                  (full address of first defendant)
                  __City of Los Angeles.__
                  (defendant's position and title, if any)

     The defendant is sued in his/her (Check one or both): ☑ individual   ] official capacity.

     Explain how this defendant was acting under color of law:
     __The city of Los Angeles is responsible for overseeing police misconduct,__
     __and their misuse of these intrusive devices.__

4.  Defendant   Darnisha Hardman _____ resides or works at
                (full name of first defendant)
                 (unknown) _____
                (full address of first defendant)

                 Civilian/Paid informant. _____
                (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

Ms. Hardmen has been obtaining phone numbers to feed the device and admitted
this over the phone to me in a mocking way.

5.  Defendant   Gary Sproull _____ resides or works at
                (full name of first defendant)
                 (unknown) _____
                (full address of first defendant)

                 Civilian/Paid informant. _____
                (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

Mr. Sproull is often used by L.A.P.D. as a plant in gang area's to "set us up,"
in this particular case he tired to engage me in a phone conversation about
murders.

## D. CLAIMS*

CLAIM I

The following civil right has been violated:

The Fourth Amendment protects against invasion of personal privacy, and this stingray has been sending intrusive electronic signals into my immediate vicinity for 3 years non-stop, they see actual thoughts/visions in realtime, as well as collect memories. They use the micro-waves to invade every personal space a target (in the case me) has. There recording me doing my (writting my lyrics).

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

L.A.P.D. in 2016 used Gary Sproull to obtain my illegal cellphone number along with non-defendants Lameisha Martin and Latessa Stanford The stingray device is being used by L.A.P.D. to actually collect my memories and see my thought's/ actual visions. The stingray as long as I'm in the 2 mile radius will continue to invade my privacy, as well as all other's in area. I may not be in the actual devices radius but my illegal cellphone was taken 10-3-2016 and I'm still at the prison where they targeted the phone. Darnisha Hardmen admitted they had this on on my life.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

The relief I'm seeking is that (L.A.P.D.) end their illegal invasion of my life, admit to the public that they've spoofed my identity and has put my life in jeapardy with countless people; and that the Court order them to pay me in monetary damages $20,000,000 (Twenty Million Dollars).

As to (Harris Corporation), I'm seeking that they become more involved with Police Departments using their devices so that the possibilities are limited for these devices capabilities to be misused by police on us civilians, and that the Court order them to pay me in monetary damages $20,000,000 (Twenty Million Dollars).

As to City of Los Angeles and civilians named as defendants, I seek only that Los Angeles displine the L.A.P.D. and that they create guidelines for these devices; and the "paid informant's" I seek only that they are no longer able to use the L.A.P.D. or any police department in the U.S.A. as a security jacket.

_____
_(Date)_

_____
_(Signature of Plaintiff)_

**Mule Creek State Prison**

Name: __Donta Kyle__

CDC#: __G-09695__

Facility __A__   Building __3__   Cell __224L__

P.O. Box __409020__

Ione, CA 95640

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
**AND REHABILITATION INDIGENT INMATE MAIL**

| Facility Post Office Boxes | |
|---|---|
| Facility A | P.O. Box 409020 |
| Facility B | P.O. Box 409040 |
| Facility C | P.O. Box 409060 |
| Facility D | P.O. Box 409089 |
| Facility E | P.O. Box 409090 |
| Facility Minimum | P.O. Box 409000 |

Legal mail: G001284701

PRISON GENERATED MAIL
Mule Creek State Prison
P.O. Box 409099
Ione, CA 95640

RECEIVED
CLERK, U.S. DISTRICT COURT

NOV 18 2019

CENTRAL DISTRICT OF CALIFORNIA
BY DPL

US district court
central district of california
312 n spring st. Rm G-8
LA, CA 90012

U.S. POSTAGE >> PITNEY BOWES

ZIP 95640   $ 000.50⁰
02  4W
0000338561 NOV 14  2019

Olive

89073

10/13/19

UNAUTHORIZED ITEMS WITHIN INMATE MAIL
Mail containing any of the following items will be disallowed:
- Padded envelopes or cardboard containers.
- Cardstock, sketch pads, construction paper or colored paper.
- Musical greeting cards, videos, CD's or Cassette tapes.
- Cash, pens, pencils or markers.
- Identification cards, credit cards, bank cards, phone cards, etc.
- Polaroid photographs, negatives, slides or photo albums. Photos depicting drugs and/or drug paraphernalia. Photos, drawings, magazine articles, and/or pictorials displaying frontal nudity of either gender are not allowed. Nothing that depicts displays, or describes sexual penetration or sexual acts will be allowed.
- Gang affiliated material, hard gestures or signs.
- Clothing, food, hard plastic, metal, wood items, magnets, rubber, stickers glue or glitter.
- Tattoo patterns or tracing patterns. No jewelry will be allowed.
- Mail containing any unknown substance, powder, liquid, or solid.
- Lipstick, perfume, cologne, or scent of any kind.
- Anything deemed a threat to the safety and security of the institution, or any correspondence deemed circumvention of mail policies and procedures.
- Mail that does not have a full return address.

AUTHORIZED ITEMS WITHIN INMATE MAIL
Incoming mail must weigh less than 13 ounces.
- 40 postage stamps/pre-stamped envelopes.
- Letters.
- Greeting cards.
- Photographs (no larger than 8" x10")
- Checks/Money orders with inmate's name and CDCR#
- Writing Paper (white/yellow lined only)
- Publications (books, magazines, newspapers) MUST come directly from vendor.
- For funds to be mailed directly to inmate's account, send through www.jpay.com or (800) 574-5729